IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ERIC HERDEMAN,<br>    Plaintiff | * | |
| | * | |
| v | | Civil Action No.: WDQ-07-571 |
| | * | |
| POTOMAC ELECTRIC AND POWER CO.<br>    Defendant | * | |

\*\*\*\*\*\*

## MEMORANDUM

The above-captioned case was filed by Plaintiff, pro se, on March 8, 2007. Paper No. 1. Plaintiff has neither paid the civil filing fee nor filed a Motion to Proceed In Forma Pauperis.

Plaintiff seeks this Court's review of a judgment that was entered against him in the District Court of Maryland for Anne Arundel County on February 5, 2007. Paper No. 1. The named Defendant is a Maryland corporation. Additionally, Plaintiff is a Maryland resident. *Id.* Plaintiff has not alleged any violation of federal law. Rather, he seeks to appeal the decision of the state court. Paper No. 1. This court is not the proper forum for the instant Complaint and it must be dismissed. To the extent Plaintiff wished to invoke the federal question jurisdiction of this Court, there is no federal question involved in the controversy he describes in his Complaint. Resolution of his grievance involves application of Maryland contract and utility laws. To the extent Plaintiff wishes to invoke this Court's diversity jurisdiction, diversity of citizenship does not appear to exist in this case. Plaintiff resides in Maryland, all events complained of transpired in Maryland, and the Defendant is a Maryland corporation.

Accordingly, the instant action must be dismissed. A separate order follows.

March 27, 2007                                      /s/
Date                                                       William D. Quarles, Jr.
                                                           United States District Judge